ORIGINAL

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 09 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

R. James Properties, Inc AAF
Sage Pointe
c/o Susan Thomas Attorney At Law
P.O Box 568
Avondale Estates, Ga 30002

MAGISTRATE COURT
CASE NO: 15D 059417

1:15-CV-3587

Vs.
April Cavett
4650 E Ponce De Leon Apt K-16
Clarkston Ga 30021

## NOTICE OF REMOVAL
PURSUANT To 42 U.S.C. §3631
15 U.S.C 1692, rule 60

**NOW COMES** April Cavett and respectfully removes this action from Dekalb County Court of Georgia, to the United States District Court for the Northern District of Georgia pursuant to 1446, 28 U.S.C 1334 and 15 U.S.C 1692. This removal action is based on the following grounds:

### JURISDICTION

The District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to **§ 1446 (D), 15 U.S.C 1692, and 28 U.S.C 1334** of the federal rule of civil Procedure, including but not limited to the Bill of Rights.

1.

Removal is proper where actions are in violation of claims brought under the Federal Fair Debt Collection Practices Act (FDCPA). The Plaintiff did violate 15 U.S.C 1692, rule 60 of the federal rule of civil Procedure. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.,"imposes civil liability on 'debt collector[s]' for

1

certain prohibited debt collection practices," **Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich LPA,** 130 S. Ct. 1605 1608 (2010). Based on the above action, the court have the legal duty to abort Disspossessary pursuant to **O.C.G.A 51-1-6 and 15 U.S.C. § 1692.**

**42 U.S.C. §3631** make it unlawful for any individual(s) to use force, or threaten to use force, intimidate, or interfere with, or attempt to injure, intimidate, or interfere with, any person's housing rights because of that person race, color, religion, sex, handicap, familial status, or nation origin. Thus, the claims by Plaintiff may be maintained in any appropriate United States District Court **42 U.S.C. §3631.**

**2.**

A party may remove any claim or cause of action in a civil case to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of title 11. Based on the above information District court has original jurisdiction in this case.

**3.**

Defendant April Cavett has provided written notice of the filing of this Notice of Removal to Plaintiff, and will file copy of this Notice of Removal with the Magistrate Court of the Dekalb County, as required per). **42 U.S.C. §3631.**

**WHEREFORE,** pursuant to **42 U.S.C. §3631,** Defendant, April Cavett removes this case from the Magistrate Court of Dekalb County.

April Cavett (Defendant)

4650 E Ponce De Leon Apt K-16.
Clarkston, Ga 30021

## VERIFICATION

The undersigned Affiant April Cavett does here with swear declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare that I do not have an attorney to represent me in this case. I further state that the facts listed in this removal are true, correct and not misleading to the best of my knowledge.

*April Cavett* (Defendant)

4650 E Ponce De Leon Apt K-16

Clarkston Ga 30021

## CERTIFICATE OF SERVICE

I, April Cavett, certify this pleading was served by US Mail of with adequate postage there upon the Plaintiff by mailing a true copy to the address below as follows:

**Notice to Principal is Notice to Agent.**
**Notice to Agent is Notice to Principal.**

R. James Properties Inc. AAF

Sage Pointe

c/o Susan Thomas, Attorney At Law

PO Box 568

Avondale Estates, GA 30002

*April Cavett*
April Cavett
4650 E Ponce De Leon
Clarkston GA 30021

IN THE _____ COURT OF DEKALB COUNTY
STATE OF GEORGIA

Sop. Pointe
Plaintiff

vs.

April Crnett
Defendant

Civil Action No. 15D59417

## ANSWER

I have been involved in (2) car accidents
1) 7/21/15 and 2) 8/3/15 I had to pay
for all expenses out of pocket
1) Car repair's
2) Transportation 2 work/c and back
3) Behind on other bills, electricity, gas, water
and Rent

**CERTIFICATE OF SERVICE**
I certify that I have this day served counsel
for the opposing parties in the foregoing matter
with a copy of this pleading by hand depositing
in the United States Mail a copy of same in a
properly addressed envelope with adequate
postage thereon.

This Sept. 30, 2015

_____
Defendant / Attorney for Defendant

answer02-2006

April Crnett
Name
650 E Ponce De Leon Apt K16
Number                        Street
Decatur, GA 30030
City                State        Zip
678-365-1861
Phone No.                    Home

Phone No. _____ Office

_____
Defendant's Signature

Sept 30

Private Process Server: Lisa Wolfe/Francisco Murrieta

## MAGISTRATE COURT OF DEKALB COUNTY

### DISPOSSESSORY WARRANT

R. James Properties, Inc. AAF
Sage Pointe
**PLAINTIFF**
c/o Susan Thomas, Attorney at Law, LLC
P.O. Box 568
Avondale Estates, GA 30002
**Plaintiff's Name and Address**

VS.

April Cavett,
AND ALL OTHERS
4650 East Ponce De Leon Ave., Unit K16
Clarkston, GA 30021
**Defendant's Name and Address**

**Plaintiff's Attorney and Address**
Ga. Bar No. 706916

Susan Thomas, Attorney at Law, LLC
P.O. Box 568
Avondale Estates, GA 30002

Personally appeared the undersigned who upon oath says that she is the attorney for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address of DeKalb County.

**FURTHER:**

X   That said tenant fails to pay rent now due thereon;
☐   That tenant is holding said house and premises over and beyond the term for which the same was rented or lease;
☐   That said tenant is a tenant at sufferance.

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**

(a) judgment for the past due rent in the amount of $615;
(b) rent accruing up to the date of judgment or vacancy at the rate of $620 per month;
(c) other $100 late fees, $50 utilities and court costs.

### SUMMONS

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally. If such answer is not made to said affidavit on or before the 5 day of October, 20 15, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

Witness, the Honorable Winston P. Bethel, Judge of said Court

Sworn to, subscribed and filed before me, this
September 21, 2015

By: _____
Deputy Clerk or Notary Public

Affiant: Susan Thomas, Attorney

Phone No. 404-585-8970

### MARSHAL'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
☐  Personally                            ☐  Defendant not found in the jurisdiction of this Court
☐  To a person sui juris residing on the premises (Name) _____
   Age _____ Wt. _____ Ht. _____
☒  By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in the summons.

DATE OF SERVICE  9-28-, 2015.  _____ Deputy Marshal

Francisco Murrieta